Sup. Ct. Ohio;
Sup. Ct. La.;
Super. Ct. Pa.;
C. A. 8th Cir.;
C. A. 11th Cir.;
Sup. Ct. Cal.; and
Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 89-6482, 46 Ohio St. 3d 20, 544 N. E. 2d 895; No. 90-5414, 559 So. 2d 1310; No. 90-6444, 395 Pa. Super. 649, 570 A. 2d 585; No. 90-6913, 923 F. 2d 860; No. 90-7016, 916 F. 2d 1507; No. 90-7134, 51 Cal. 3d 72, 793 P. 2d 23; No. 90-7199, 799 S. W. 2d 683.
Justice Marshall,
dissenting.
Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.